# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

139924

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CONSOER TOWNSEND ENVIRODYNE
ENGINEERS INC.,
        Plaintiff/Counter-Defendant-
        Appellant,

v

                                               SC: 139924
                                               COA: 283563
                                               Kent CC: 02-007186-CK

CITY OF GRAND RAPIDS,
        Defendant/Counter-Plaintiff-
        Appellee.

_____/

      On order of the Court, the application for leave to appeal the September 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

s0322